United States District Court
Southern District of Texas
**ENTERED**
January 14, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROYAL HOSPITALITY CORP., | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 3:18-CV-00102 |
| | § | |
| UNDERWRITERS AT LLOYD'S, | § | |
| LONDON SUBSCRIBING TO POLICY | § | |
| NO W1E467190101, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STRIKING MOTION

Pending before the Court is Plaintiff, Royal Hospitality Corp.'s, Motion to Compel Production (Dkt. 44); however, it is deficient in the area (s) checked below:

(NOTE: "L.R." refers to the Local Rules, Southern District of Texas)

1. ___ Pleading is not signed. (L.R.11.3)

2. ___ Pleading is not in compliance with L.R.11.3.A (1) through (6)

3. ___ Caption of the pleading is incomplete. (L.R.10.1)

4. ___ No certificate of service, or explanation why service is not required. (L.R.5.4)

5. ___ Motion is not in compliance with L.R.7:

   a. ___ No statement of opposition or non-opposition. (L.R.7.2)

   b. ___ No statement re conference w/opposing counsel. (L.R.7.1 .D)

   c. ___ Separate proposed order not provided. (L.R.7.1.C)

6. ___ Motion to consolidate is not in compliance with L.R.7.6.

7. _**X**__ Other:

   a. ___ Red vertical lines on pleading. (L.R.11.4)

1 / 2

b. \_\_\_ Computer codes on proposed order (Galveston General Order 2000–1)

c. \_\_\_ No space provided for date on proposed order

d. \_\_\_ No leave of court

e. \_\_\_ Original and One Copy filing requirement. (L.R.5.2)

f. _**X**_ Motion does not comply with Court's Procedures.
*See* Hanks Procedures 6.E.

The Clerk is hereby **ORDERED** to strike the above instrument (s) from the record and notify counsel of such action.

SIGNED at Galveston, Texas, this 14th day of January, 2019.

_____
George C. Hanks Jr.
United States District Judge