United States District Court
Southern District of Texas
**ENTERED**
July 18, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| ROYAL HOSPITALITY CORP., *Plaintiff,* | § § § | |
| VS. | § § | NO. 3:18-cv-102 |
| UNDERWRITERS AT LLOYD'S, *et al.*, *Defendants.* | § § § § | |

# ORDER

Before the court is Beazley Underwriting Limited's objection to Royal Hospitality's supplemental summary-judgment briefing. Dkt. 148. After holding oral argument on Beazley's motion for summary judgment (Dkt. 117), Royal Hospitality emailed an unsolicited post-hearing letter to the court with several attachments. Dkt. 147. Beazley both objected and substantively responded to this post-hearing submission. Dkt. 148. While Beazley's objection is understandable, the court overrules the objection and instead will consider both Dkt. 147 and Dkt. 148 in ruling on Beazley's motion for summary judgment.

The parties are hereby prohibited from filing anything further relating to Beazley's summary-judgment motion without first obtaining leave of court.

Signed on Galveston Island this 18th day of July, 2022.

JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE